UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MIRANDA, MARY DOLORES § Case No. 11-11985 EWH
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stanley J. Kartchner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

Case 4:11-bk-11985-EWH    Doc 29    Filed 11/20/12    Entered 11/20/12 11:56:26    Desc
Page 1 of 14

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Stanley J. Kartchner_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARY DOLORES MIRANDA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GREENTREE PO BOX 9470 PALATINE IL 60094 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WELLS FARGO PO BOX 30427 LOS ANGELES CA 90030 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STANLEY J. KARTCHNER | | | | | |
| STANLEY J. KARTCHNER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

Case 4:11-bk-11985-EWH    Doc 29    Filed 11/20/12    Entered 11/20/12 11:56:26    Desc
Page 4 of 14

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITI BANK PO BOX 183113 COLUMBUS OH 43218 | | | | | |
| | MACYS PO BOX 689195 DES MOINES IA 50368 | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000020 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000014 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CANDICA L.L.C. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000007 | CAPITAL ONE,N.A | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000016 | GE MONEY BANK | | | | | |
| 000017 | GE MONEY BANK | | | | | |
| 000018 | GE MONEY BANK | | | | | |
| 000019 | GE MONEY BANK | | | | | |
| 000021 | HSBC BANK NEVADA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 11-11985 EWH Judge: EILEEN W. HOLLOWELL | Trustee Name: Stanley J. Kartchner |
| Case Name: MIRANDA, MARY DOLORES | Date Filed (f) or Converted (c): 04/27/11 (f) |
| | 341(a) Meeting Date: 06/28/11 |
| For Period Ending: 09/24/12 | Claims Bar Date: 09/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 7439 E RANDOM RIDGE DR TUCSON AZ 85710 | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CHASE BANK CHECKING ACCT NO 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 3. CHASE BANK CHECKING ACCT NO 2 | 25.00 | 0.00 | DA | 0.00 | FA |
| 4. CHASE BANK CHECKING ACCT NO 3 | 25.00 | 0.00 | DA | 0.00 | FA |
| 5. CHASE BANK SAVINGS ACCT | 25.00 | 0.00 | DA | 0.00 | FA |
| 6. US BANK CHECKING ACCOUNT | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. US BANK SAVINGS ACCOUNT | 25.00 | 0.00 | DA | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 1,245.00 | 0.00 | DA | 0.00 | FA |
| 9. LIBRARY | 100.00 | 0.00 | DA | 0.00 | FA |
| 10. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. OTHER RINGS | 300.00 | 0.00 | DA | 0.00 | FA |
| 12. OTHER JEWELRY | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. WATCH | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. BICYCLE | 10.00 | 0.00 | DA | 0.00 | FA |
| 15. 401K PLAN | 167,000.00 | 0.00 | DA | 0.00 | FA |
| 16. IRA | 187.00 | 0.00 | DA | 0.00 | FA |
| 17. SAVINGS BONDS | 100.00 | 0.00 | DA | 0.00 | FA |
| 18. VEHICLE: 2003 BUICK CENTURY | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19. FAMILY PETS | 50.00 | 0.00 | DA | 0.00 | FA |
| 20. TAX REFUNDS 2011 (u) | 0.00 | 4,805.00 | | 4,805.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $314,167.00 | $4,805.00 | | $4,805.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 11-11985    EWH    Judge: EILEEN W. HOLLOWELL | Trustee Name: | Stanley J. Kartchner |
| Case Name: | MIRANDA, MARY DOLORES | Date Filed (f) or Converted (c): | 04/27/11 (f) |
| | | 341(a) Meeting Date: | 06/28/11 |
| | | Claims Bar Date: | 09/30/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 04/19/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-11985 -EWH | | Trustee Name: | Stanley J. Kartchner |
| --- | --- | --- | --- | --- |
| Case Name: | MIRANDA, MARY DOLORES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3623  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9039 | | | |
| For Period Ending: | 09/24/12 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/12 | 20 | STATE OF ARIZONA | INCOME TAX REFUND | 1224-000 | 704.00 | | 704.00 |
| 03/19/12 | 20 | UNITED STATES TREASURY | INCOME TAX REFUND | | 4,101.00 | | 4,805.00 |
| | | UNITED STATES TREASURY | Memo Amount:     790.89  ESTATE'S PORTION OF TAX REFUND | 1224-000 | | | |
| | | MIRANDA, MARY DOLORES | Memo Amount:   3,310.11  DEBTOR'S PORTION OF TAX REFUND | 1280-002 | | | |
| 03/27/12 | 000101 | MARY DOLORES MIRANDA  7439 E. RANDOM RIDGE DR.  TUCSON, AZ  85710 | POSTPETITION PORTION TAX REFUNDS | 8500-002 | | 3,310.11 | 1,494.89 |
| 03/30/12 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,494.90 |
| 04/19/12 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,494.91 |
| 04/19/12 | | Transfer to Acct #*******8607 | Final Posting Transfer | 9999-000 | | 1,494.91 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 4,101.00 | COLUMN TOTALS | | 4,805.02 | 4,805.02 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 1,494.91 | |
| | | Subtotal | | 4,805.02 | 3,310.11 | |
| Memo Allocation Net: | 4,101.00 | Less: Payments to Debtors | | | 3,310.11 | |
| | | Net | | 4,805.02 | 0.00 | |

Page Subtotals    4,805.02    4,805.02

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 10)  Ver: 16.06f
Case 4:11-bk-11985-EWH   Doc 29   Filed 11/20/12   Entered 11/20/12 11:56:26   Desc
Page 10 of 14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-11985 -EWH | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | MIRANDA, MARY DOLORES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8607 Checking - Non Interest |
| Taxpayer ID No: | *******9039 | | |
| For Period Ending: | 09/24/12 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/12 | | Transfer from Acct #*******3623 | Transfer In From MMA Account | 9999-000 | 1,494.91 | | 1,494.91 |
| 07/30/12 | 001001 | STANLEY J. KARTCHNER<br>CHAPTER 7 TRUSTEE<br>7090 N ORACLE RD # 178-204<br>TUCSON, AZ  85704 | Chapter 7 Compensation/Expense | | | 440.18 | 1,054.73 |
| | | | Fees         373.73 | 2100-000 | | | |
| | | | Expenses      66.45 | 2200-000 | | | |
| 07/30/12 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 1.77158%<br>7767 | 7100-000 | | 90.24 | 964.49 |
| 07/30/12 | 001003 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 1.77048%<br>2086 | 7100-000 | | 8.30 | 956.19 |
| 07/30/12 | 001004 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Claim 000003, Payment 1.77145%<br>9501 | 7100-000 | | 202.75 | 753.44 |
| 07/30/12 | 001005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000004, Payment 1.77156%<br>6873/5209 | 7100-000 | | 68.95 | 684.49 |
| 07/30/12 | 001006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000005, Payment 1.77136%<br>5380 | 7100-000 | | 41.12 | 643.37 |
| 07/30/12 | 001007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839 | Claim 000006, Payment 1.77151%<br>8422 | 7100-000 | | 57.02 | 586.35 |

Page Subtotals     1,494.91     908.56

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 16.06f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 11-11985 -EWH | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | MIRANDA, MARY DOLORES | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8607 Checking - Non Interest |
| Taxpayer ID No: | *******9039 | | |
| For Period Ending: | 09/24/12 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City, OK 73124-8839 | | | | | |
| 07/30/12 | 001008 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000007, Payment 1.77230%<br>2072 | 7100-000 | | 6.18 | 580.17 |
| 07/30/12 | 001009 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000008, Payment 1.77159%<br>8073 | 7100-000 | | 33.67 | 546.50 |
| 07/30/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 1.77152%<br>3515 | 7100-000 | | 139.25 | 407.25 |
| 07/30/12 | 001011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 1.77182%<br>9496 | 7100-000 | | 14.67 | 392.58 |
| 07/30/12 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 1.77163%<br>5502 | 7100-000 | | 40.64 | 351.94 |
| 07/30/12 | 001013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 1.77070%<br>5837 | 7100-000 | | 11.96 | 339.98 |
| 07/30/12 | 001014 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000013, Payment 1.77141%<br>9917 | 7100-000 | | 85.40 | 254.58 |
| 07/30/12 | 001015 | American InfoSource LP as agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000014, Payment 1.77149%<br>3458 | 7100-000 | | 56.49 | 198.09 |

Page Subtotals 0.00 388.26

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 11-11985 -EWH | | Trustee Name: | Stanley J. Kartchner |
| Case Name: | MIRANDA, MARY DOLORES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8607 Checking - Non Interest |
| Taxpayer ID No: | *******9039 | | | |
| For Period Ending: | 09/24/12 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/12 | 001016 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000015, Payment 1.77142%<br>3008 | 7100-000 | | 48.81 | 149.28 |
| 07/30/12 | 001017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 1.77153%<br>3528 | 7100-000 | | 27.06 | 122.22 |
| 07/30/12 | 001018 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000017, Payment 1.77132%<br>4311 | 7100-000 | | 45.05 | 77.17 |
| 07/30/12 | 001019 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 1.77173%<br>6370 | 7100-000 | | 37.32 | 39.85 |
| 07/30/12 | 001020 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000019, Payment 1.77132%<br>5525 | 7100-000 | | 14.22 | 25.63 |
| 07/30/12 | 001021 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000020, Payment 1.77174%<br>5000 | 7100-000 | | 19.04 | 6.59 |
| 07/30/12 | 001022 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000021, Payment 1.77117%<br>3763 | 7100-000 | | 6.59 | 0.00 |

Page Subtotals      0.00      198.09

LFORM24               UST Form 101-7-TDR (5/1/2011) (Page: 13)               Ver: 16.06f

Case 4:11-bk-11985-EWH   Doc 29   Filed 11/20/12   Entered 11/20/12 11:56:26   Desc
Page 13 of 14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No: | 11-11985 -EWH | | Trustee Name: | Stanley J. Kartchner |
| Case Name: | MIRANDA, MARY DOLORES | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8607 Checking - Non Interest |
| Taxpayer ID No: | *******9039 | | | |
| For Period Ending: | 09/24/12 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 1,494.91 | 1,494.91 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 1,494.91 | 0.00 | |
| | | Subtotal | 0.00 | 1,494.91 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 1,494.91 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 4,101.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - ********3623 | 4,805.02 | 0.00 | 0.00 |
| | | Checking - Non Interest - ********8607 | 0.00 | 1,494.91 | 0.00 |
| Total Memo Allocation Net: | 4,101.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 4,805.02 | 1,494.91 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00   0.00